**Order entered February 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01217-CV

## SONYA WILLIAMS, Appellant

## V.

## ALLY FINANCIAL INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10646**

## ORDER

By postcard dated November 30, 2018, we notified appellant that the deadline for filing her brief had expired and directed her to file the brief within ten days. The postcard, however, was sent in error. While the clerk's record had been filed October 18, 2018, the reporter had only informed the Court that no record existed the day before our notice was sent. *See* TEX. R. APP. P. 38.6(a).

Although the reporter's letter triggered the briefing deadline, appellant has not filed her brief. *See id.* Accordingly, we **ORDER** appellant to file her brief no later than March 1, 2019. We caution appellant that failure to file the brief, or an extension motion, may result in dismissal of the appeal without further notice. *See id.* 38.8(a)(1), 42.3(b),(c).

/s/    ERIN A. NOWELL
        JUSTICE